IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No. 4:13-cv-211-FL

| | |
|---|---|
| CHARLENE HILL,<br>　　　　Plaintiff,<br>vs.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br>　　　　Defendant. | ORDER |

Plaintiff's counsel filed a motion for approval of attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $12,750. Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff has previously been awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $3,734.98 (ECF No. 33).

Defendant filed a response, stating that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $ 12,750.00 , and refund to Plaintiff the smaller award between this amount and the EAJA award.

SO ORDERED, this 22nd day of October 2015.

　　　　　　　　　　　　　　　　　　　　/s/ Louise W. Flanagan
　　　　　　　　　　　　　　　　　　　　LOUISE W. FLANAGAN
　　　　　　　　　　　　　　　　　　　　United States District Judge